UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK F.,[1] | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )　　No. 1:18-cv-02031-MJD-TWP |
| | ) |
| NANCY A. BERRYHILL, Deputy Commissioner | ) |
| for Operations, Social Security Administration, | |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Court, having made its entry on March 6, 2019, it is ADJUDGED that the final decision of the Commissioner denying the application for the disability insurance benefits ("DIB") from the Social Security Administration ("SSA") for Mark F. based upon his application filed on January 2, 2015, is **REVERSED IN PART**. The ALJ's decision denying Mark F.'s benefits prior to November 28, 2015, is **REMANDED** to the Agency for further proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED.

Dated:　6 MAR 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

---

[1] In an attempt to protect the privacy interests of claimants for Social Security benefits, consistent with the recommendation of the Court Administration and Case Management Committee of the Administrative Office of the United States courts, the Southern District of Indiana has opted to use only the first name and last initial of non-governmental parties in its Social Security judicial review opinions.

1

Distribution:

Lu Han
SOCIAL SECURITY ADMINISTRATION
lu.han@ssa.gov

Eric Harris Schepard
SOCIAL SECURITY ADMINISTRATION
eric.schepard@ssa.gov

Timothy J. Vrana
TIMOTHY J. VRANA LLC
tim@timvrana.com

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov